**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| FRANK MILLER, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:19-cv-03492 |
| CADENCE BANCORPORATION, PAUL B. MURPHY, AND VALERIE C. TOALSON, | § § § § § | |
| Defendants. | § | |

**DEFENDANTS' UNOPPOSED MOTION**
**TO CONSOLIDATE RELATED CASES**

Defendants Cadence Bancorporation ("Cadence"), Paul B. Murphy and Valerie C. Toalson ("Defendants") respectfully move to consolidate the suit captioned *Robert H. Anthony v. Cadence Bancorporation, Paul B. Murphy and Valerie C. Toalson*, Civil Action No. 4:19-cv-4269 (Hughes, J.) (the "*Anthony* Action") with the above-captioned action (the *Miller* Action"). The *Anthony* Action asserts the same claims against the same defendants on behalf of the same putative class as in the *Miller* Action. Both cases arise out of the same alleged facts. Consolidation is thus appropriate under Fed. R. Civ. P. 42 and Local Rule 7.6. As provided in Local Rule 7.6, Defendants are filing this motion in the first-filed case, with a courtesy copy being filed in the *Miller* case file as well.

- 1 -

**Unopposed motion.** Counsel for Defendants has conferred with counsel for Plaintiffs in both the *Miller* Action and the *Anthony* Action and have confirmed that Plaintiffs in both actions are agreeable to this motion. Defendants thus respectfully request that the Court enter the attached order. Defendants further agree that upon entry of the order, Defendants shall be deemed to have accepted service in the *Anthony* Action, without waiver of any Rule 12 arguments other than objections to sufficiency of service, subject to the same terms and deadlines set forth in the Amended Order on Extension signed as Docket No. 14 in the *Miller* Action. Plaintiffs in both actions agree that Defendants shall have no obligation to respond to the existing complaint in the *Anthony* Action and that all deadlines set in the *Miller* Action shall apply to the *Anthony* Action

Dated:        November 8, 2019          Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP


/s/ Gerard G. Pecht

Gerard G. Pecht (Attorney-in-Charge)
State Bar No. 15701800
gerard.pecht@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone:  (713) 651-5151

Ellen B. Sessions
State Bar No. 00796282
ellen.sessions@nortonrosefulbright.com
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7921
Telephone:  (214) 855-7465

Peter A. Stokes
State Bar No. 24028017
peter.stokes@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone:  (512) 474-5201

*Counsel for Defendants Cadence
Bancorporation, Paul B. Murphy and
Valerie C. Toalson*

## CERTIFICATE OF CONFERENCE – UNOPPOSED MOTION

I certify that we conferred with counsel for Plaintiffs in both the *Miller* Action and the *Anthony* Action regarding the substance of this motion and that Plaintiffs' counsel in both Actions is agreed to, and does not oppose, the relief requested herein.

/s/ Gerard G. Pecht
Gerard G. Pecht

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on November 8, 2019, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

/s/ Gerard G. Pecht
Gerard G. Pecht

- 4 -