**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| FRANK MILLER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| PLAINTIFF, | § § | |
| V. | § § | Civil Action No. 4:19-cv-03492 |
| CADENCE BANCORPORATION, PAUL B. MURPHY, AND VALERIE C. TOALSON, | § § § § | |
| DEFENDANTS. | § § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
TO CONSOLIDATE RELATED CASES**

On this day the Court considered Defendants' Unopposed Motion to Consolidate Related Cases. Having considered the motion, the pleadings on file, and the applicable law, the Court finds that the motion should be GRANTED. It is therefore ORDERED that Defendants' Unopposed Motion to Consolidate Related Cases is GRANTED and the following schedule is hereby entered:

1. The case styled *Robert H. Anthony, individually and on behalf of all others similarly situated v. Cadence Bancorporation, Paul B. Murphy and Valerie C. Toalson*, Civil Action No. 4:19-cv-4269 *(Hughes, J.)* (the "*Anthony* Action") is hereby consolidated into the first-filed action captioned *Frank Miller v. Cadence*

*Bancorporation, Paul B. Murphy and Valerie C. Toalson*, Civil Action No. 4:19-cv-03492 (the "*Miller* Action") and remains with undersigned judge.  All further proceedings in this matter shall use the caption and case number for the *Miller* Action until further notice.  Any substantially similar securities class actions filed in this Court relating to the allegations in this case shall be similarly consolidated with the *Miller* Action.

2.    Defendants need not file an answer, motion or other response to the complaint in the *Anthony* Action.  The deadlines set in the *Miller* Action shall apply to the *Anthony* Action.

IT IS SO ORDERED this _____ day of _____, 2019

_____
UNITED STATES DISTRICT JUDGE