**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| FRANK MILLER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CADENCE BANCORPORATION, PAUL B. MURPHY, and VALERIE C. TOALSON,<br><br>Defendants. | Civil Action No. 4:19-cv-03492<br><br> Judge Lynn N. Hughes |
| ROBERT H. ANTHONY, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CADENCE BANCORPORATION, PAUL B. MURPHY, and VALERIE C. TOALSON,<br><br>Defendants. | Civil Action No. 4:19-cv-04269<br><br> Judge Lynn N. Hughes |

**MOTION OF FRANK MILLER AND PATRICK GORDON FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Frank Miller and Patrick Gordon (together, "Movants") respectfully move this Court for an order: (1) consolidating the above-captioned related actions; (2) appointing Movants as lead plaintiff pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving Movants' selection of Glancy Prongay & Murray LLP and Pomerantz LLP as lead counsel and Kendall Law Group, PLLC as liaison counsel; and (4) granting such other relief as the Court may deem to be just and proper (the "Motion").

This Motion is supported by the accompanying Memorandum of Law, Declaration of Joe Kendall and the exhibits attached thereto, a proposed Order, and all of the prior pleadings and proceedings in this matter, and such other written and/or oral argument as may be permitted by the Court.

Dated: November 15, 2019

Respectfully submitted,

/s/ Joe Kendall
Joe Kendall
Texas Bar No. 11260700
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
Telephone: 214-744-3000
Facsimile: 214-744-3015
Email: jkendall@kendalllawgroup.com

*[Proposed] Liaison Counsel for Plaintiff and Class*

**GLANCY PRONGAY & MURRAY LLP**
Lesley F. Portnoy
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160

2

**POMERANTZ LLP**
Jeremy A. Lieberman
(S.D. Tex. Federal Bar Number 1466757)
J. Alexander Hood II
(S.D. Tex. Federal Bar Number 3086579)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email:  jalieberman@pomlaw.com
ahood@pomlaw.com

Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Counsel for Movants and [Proposed] Lead
Counsel for the Class*

**BRONSTEIN, GEWIRTZ
   & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email:  peretz@bgandg.com

*Additional Counsel*

3

## CERTIFICATE OF CONFERENCE

Local Rule 7.1 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of LR 7.1 be waived.

*/s/ Joe Kendall*
Joe Kendall

## CERTIFICATE OF SERVICE

I hereby certify that on this day, November 15, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Joe Kendall*
Joe Kendall

4