**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| FRANK MILLER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CADENCE BANCORPORATION, PAUL B. MURPHY, and VALERIE C. TOALSON,<br><br>Defendants. | Civil Action No. 4:19-cv-03492<br><br>Judge Lynn N. Hughes |
| ROBERT H. ANTHONY, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CADENCE BANCORPORATION, PAUL B. MURPHY, and VALERIE C. TOALSON,<br><br>Defendants. | Civil Action No. 4:19-cv-04269<br><br>Judge Lynn N. Hughes |

**DECLARATION OF JOE KENDALL IN SUPPORT OF MOTION OF FRANK MILLER AND PATRICK GORDON FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

I, Joe Kendall, hereby declare as follows:

1.    I am an attorney with the law firm of Kendall Law Group, PLLC, [proposed] liaison counsel for [proposed] lead plaintiff Frank Miller and Patrick Gordon (together, "Movants") and for the class in the above-captioned action.  I make this Declaration in support of Movants' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Press release published over *Business Wire* on September 16, 2019, announcing the pendency of the securities class action against defendants herein: *Miller v. Cadence Bancorporation, et al.*, Case No. 4:19-cv-0342;

Exhibit B:    Signed PSLRA Certifications of Movants;

Exhibit C:    Table of Movants' calculated losses, as a result of transactions in Cadence Bancorporation securities;

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP;

Exhibit E:    Firm résumé of Pomerantz LLP; and

Exhibit F:    Firm résumé of Kendall Law Group, PLLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 15, 2019, at Dallas, Texas.

*/s/ Joe Kendall*
 Joe Kendall
Texas Bar No. 11260700
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
Telephone: 214-744-3000
Facsimile: 214-744-3015
Email: jkendall@kendalllawgroup.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record on November 15, 2019 via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

/s/ *Joe Kendall*
JOE KENDALL