United States District Court
Southern District of Texas
**ENTERED**
August 07, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Frank Miller, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| versus | § | Civil Action H-19-3492 |
| | § | |
| Cadence Bancorporation, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Final Judgment

Frank Miller, *et al.*, have failed to make a claim upon which relief can be granted.[1] The claim is dismissed with prejudice. (38)

Signed on August 7, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge

---

[1] FED. R. CIV. P. 12(b).